## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Neng Por Yang,**                                                       Civil No. 07-5 MJD/SRN

    **Plaintiff,**

v.

                                                                        **ORDER**

**The Church of Jesus Christ
of Latter Day Saints,**

    **Defendant.**

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 4, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

    2.  This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: February 1, 2007.

                                                        s/Michael J. Davis
                                                         Michael J. Davis
                                                         United States District Court Judge